UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Trustees of the Sheet Metal Local #10 Control Board Trust Fund,

    Plaintiffs,

vs.

Duluth Sheet Metal & Roofing Company,

    Defendant.

Civil File No. 10-cv-00576 (PAM/LIB)

**ORDER FOR DISMISSAL**

This matter is hereby dismissed without prejudice and without costs to either party.

IT IS SO ORDERED:

Dated: September 27, 2010

BY THE COURT:

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
United States District Court Judge